# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOESEPH ALDERIC GIROUARD,<br><br>   Defendant. | Case No.: 22-CR-1760-JLS<br><br>**ORDER GRANTING MOTION TO CONTINUE MOTION HEARING** |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for **September 30, 2022,** at **1:30 p.m.** is continued to **November 2, 2022** at 1:30 PM. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the Joint Motion to Continue Motion Hearing, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge